1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DANIEL M. CARTER,                   Case No. EDCV 15-1636 AG (SS)

12               Petitioner,

13       v.                                        **JUDGMENT**

14   KELLY SANTORO, Warden,

15               Respondent.

16

17       Pursuant to the Court's Order Accepting as Modified Findings,

18   Conclusions and Recommendations of United States Magistrate Judge,

19

20       IT IS HEREBY ADJUDGED that the above-captioned action is

21   dismissed without prejudice.

22

23   DATED: May 31, 2016

24

25                                        _____
                                          ANDREW J. GUILFORD
26                                        UNITED STATES DISTRICT JUDGE

27

28